DAYLE ELIESON
United States Attorney
District of Nevada
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
GINA TOMASELLI
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 268-5602
    Facsimile: (415) 744-0134
    E-Mail: Gina.Tomaselli@ssa.gov

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AMIRIS ESTRELLA, | CIVIL NO. 2:18-cv-00460-APG-NJK |
| Plaintiff, | **DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME** |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between Amiris Estrella (Plaintiff) and Nancy A. Berryhill, Acting Commissioner of Social Security (Defendant), by and through their respective counsel of record, that Defendant shall have an extension of time of thirty (30) days to deliver her Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment. The current due date is September 4, 2018. The new due date will be October 4, 2018. The parties further stipulate that all other dates will be extended accordingly, and Plaintiff's reply will be due to Defendant by October 23, 2018.

This is the first extension of time requested by Defendant in the above-captioned matter. Defendant requests this extension because the attorney responsible for briefing this case has an unusually heavy workload at this time. This request is made in good faith with no intention to unduly delay the proceedings. Counsel for Defendant conferred with Plaintiff's counsel, who has no opposition

to this motion, on August 24, 2018. It is therefore respectfully requested that Defendant be granted a thirty (30) day extension of time to respond to Plaintiff's motion, up to and including October 4, 2018.

Respectfully submitted,

Dated: August 24, 2018

By: */s/ Hal Taylor* *
JOSHUA R. HARRIS
Richard Harris Law Firm
(*by verbal authorization on 8/24/18)

Dated: August 24, 2018

DANIEL G. BOGDEN
United States Attorney
District of Nevada

By: */s/ Gina Tomaselli*
GINA TOMASELLI
Special Assistant United States Attorney

Attorneys for Defendant

IT IS SO ORDERED:

_____
THE HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

DATE: August 24, 2018